SIMS *v.* THE STATE.

LUMPKIN, J. The ground of the motion for a new trial raised only the question of the sufficiency of the evidence to support the verdict. No complaint was made as to any ruling of the presiding judge pending the trial. The evidence authorized the verdict; and the presiding judge having approved it, this court will not interfere.

*Judgment affirmed. All the Justices concur.*
JUNE 12, 1912.

Indictment for murder. Before Judge Worrill. Early superior court. March 6, 1912.

*R. H. Sheffield* and *Byron R. Collins,* for plaintiff in error.

*T. S. Felder, attorney-general, J. A. Laing, solicitor-general,* and *R. R. Arnold,* contra.